IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No: |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. §§2252(a)(4)(B) and (b)(2) and |
| JAMES RUSSELL WOODGATES, | : | 2256(2) |
| | : | (Possessing Child Pornography) |
| Defendant. | : | |

## I N F O R M A T I O N

Between on or about July 2002 and December 6, 2002, in the District of Columbia, **JAMES RUSSELL WOODGATES** knowingly possessed one and more films and other matters which contained any visual depiction (i) that had been mailed, and shipped and transported in interstate and foreign commerce, and which was produced using materials which had been mailed and so shipped and transported, by any means including by computer; (ii) the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2); and (iii) such visual depiction was of such conduct.

(**Possessing Material Constituting or Containing Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2) and 2256(2))

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

By: _____
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 514-7273
Angela.Schmidt@usdoj.gov