IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.  Crim. No. 06-83 ( RCL)

JAMES RUSSELL WOODGATES

### NOTICE OF APPERANCE OF COUNSEL

Richard Seligman, hereby enters his appearance as counsel on behalf of the above referenced defendant.

Respectfully submitted,

Richard Seligman
D.C. Bar No. 296426
The Lincoln Building
514 10th Street N.W.
9th Floor
Washington, D.C. 20004
202-745-7800
Fax 202-639-0458
Email: RickSelig@aol.com