UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| v. : | Cr. No. 06-083 (RCL) |
| : | |
| **JAMES RUSSELL WOODGATES,** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S REQUEST FOR BOOKING ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court enter the attached Order requiring the defendant to present himself for the purpose of booking in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

By: _____
ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Transnational/Major Crimes Section
555 4th Street, N.W., 11th Floor
Washington, D.C. 20530
(202) 514-7273
Angela. Schmidt@usdoj.gov