UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA :
:
v. : Criminal No.: 06-083 (RCL)
:
JAMES RUSSELL WOODGATES, :
:
Defendant. :

FILED

MAY 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**O R D E R**

The defendant, James Russell Woodgates, having pled guilty to a criminal information in this matter, alleging a violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) and 2256(2),

It is this _5th_ day of May, 2006,

ORDERED that, on or before close of business on May 12, 2006, the defendant, James Russell Woodgates, accompany an agent of the Federal Bureau of Investigation to a location specified by such agent, for the purpose of booking, fingerprinting, photographing and processing in connection with the violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2) and 2256(2), and that the defendant be released upon completion of the booking procedures.

Royce C. Lamberth
United States District Judge