AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

for the _____ DISTRICT OF COLUMBIA

FILED
MAY 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

James Woodgates

WAIVER OF INDICTMENT

CASE NUMBER: CR 06-83 RCL

I, James Woodgates, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____5/5/06_____ prosecution by indictment and consent that the
                          Date
proceeding may be by information rather than by indictment.

_____JM Woodgates_____
Defendant

_____
Counsel for Defendant

Before _____Royce C. Lamberth_____
             Judicial Officer