IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA     :     Criminal No: **06-83**

         v.            :

JAMES RUSSELL WOODGATES,     :

         Defendant.       :

                 :

*Let this be filed.*
*Royce C. Lamberth*
*U.S.D.J. 5/5/06*

**FILED**

MAY 5 2006

**FACTUAL PROFFER**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

At all times relevant to this factual proffer, James Russell Woodgates (hereinafter "defendant") was employed as an International Radio Broadcaster at the International Broadcasting Bureau (IBB), Voice Of America (VOA), located at 330 Independence Avenue, S.W., Washington, D.C. To facilitate his employment, VOA provided defendant use of a computer with internet access. Although the computer used by defendant also was used by other employees, each employee had a separate log-in identity and password.

In late November 2002, several of defendant's co-workers observed defendant viewing what appeared to be pornographic images and movies on his work computer. The co-workers described these images and movies as including nude depictions of young boys, including some who seemed to be as young as 10 years old. One video depicted a boy masturbating and another depicted a boy engaged in what appeared to be sexual intercourse with an adult male. The co-workers noticed that defendant "minimized" the pictures and videos containing the pornographic images whenever someone walked up to his desk, and also that he reopened the images off and on throughout the day.

2

Thereafter, one of the co-workers reported defendant's conduct to a supervisor, who

contacted IBB's Computer Services Unit to investigate the contents of defendant's computer.

When technicians first accessed defendant's user name remotely, they found that the internet

history and cache files were almost empty, suggesting that the files may have been deleted

purposefully. Technicians then obtained defendant's hard drive, used an "Undelete" program to

recover data from it, and discovered pornographic images of children in the cache files created

under defendant's login name. These files were preserved and presented to management.

On December 6, 2002, defendant's supervisor and a labor representative met with him

and informed him that he had been seen viewing child pornography. Although defendant

initially claimed to have stumbled upon child pornography, when confronted with the fact that

his computer showed him to have been viewing pornography since the previous July, defendant

said he was ashamed of himself, that it was a bad habit of his, that he should have known better,

and that he should not have done it. Defendant immediately was placed on administrative leave

and was informed that IBB would be contacting law enforcement.

On December 13, 2002, defendant asked to use his supervisor's e-mail account to address

the staff of VOA. In this e-mail, defendant informed his former coworkers that he had retired

abruptly because he had been caught "surfing the internet" for pornography. He further admitted

that his pornography viewing was of "a serious and longstanding nature" and "involved illegal

images." He also acknowledged knowing that what he did was wrong, but he nonetheless stated

that he had "persisted in it for several years."

In interviews with the FBI, the defendant admitted viewing pornography, including child

pornography, on the internet while at work over the course of several years. He further admitted

knowing that such behavior was illegal. The defendant engaged in these illegal activities in a

number of specific ways, including browsing web sites containing pornographic images of children; participating, through multiple accounts with MSN and Yahoo, in online groups and chat rooms that discussed and facilitated the trading of child pornography; maintaining, via his MSN and Yahoo accounts, online storage areas containing pornographic images of children and providing other individuals with access to those storage areas; accessing other individual's online storage areas containing pornographic images of children; and sending and receiving pornographic photos of children via the internet. For example, the defendant stated that he maintained in his online storage areas various pictures of high school and junior high school aged children and nudist pictures depicting young boys with erections and young boys masturbating. The defendant also maintained in another folder approximately sixteen pictures including, among others, photographs titled "Male Attachments" and depicting erect penises of boys between thirteen and eighteen years of age. The defendant also participated in online chat room conversations in which he represented himself to be a teenager. The defendant further admitted that after the meeting with his supervisors which resulted in his dismissal from the VOA, he accessed the internet at a public library in Washington, D.C. and deleted the files in his Yahoo briefcase and folders, his e-mails and his memberships in the various groups to which he belonged.

IBB voluntarily provided the Federal Bureau of Investigation (FBI) with the hard drive from defendant's work computer. The FBI's Computer Analysis Response Team performed a forensic examination of this hard drive and extracted all image files, as well as the internet history files. Several hundred images were recovered, many of them duplicates, along with a few videos. Approximately 250 separate images and four videos depicted young boys, including prepubescent boys and boys under 12 years of age, engaged in sexually explicit conduct. For

4

example, many of the images are of prepubescent boys performing oral sex on each other;

including two which are still photographs from a video of three identified child victims ages 11,

10, and 6.  Other photographs depict anal penetration of prepubescent boys by each other or by

an adult male.  The image files retrieved from the defendant's hard drive were preserved on a

compact disc, which was brought to the National Center for Missing and Exploited Children

(NCMEC) for analysis.  That analysis revealed that the contents of defendant's computer

included at least nineteen images of identified child victims of sexual exploitation, including

several victims under 12 years of age.

ANGELA G. SCHMIDT
Assistant United States Attorney
Texas Bar No. 17764980
Federal Major Crimes Section
555 4th Street, N.W., 4th Floor
Washington, D.C.  20530
(202) 514-7273
Angela. Schmidt@usdoj.gov

5

## Defendant's Acceptance

I have read this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_5/5/06_
Date

_James Russell Woodgates_
James Russell Woodgates

## Defense Counsel's Acknowledgment

I am James Russell Woodgates' attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_5/5/06_
Date

Richard Seligman, Esq.