**FILED**
JUL 21 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**JAMES RUSSEL WOODGATE**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 06-83

**RICHARD SELIGMAN**, ESQUIRE
Defendant's Attorney

**THE DEFENDANT:**

Pleaded guilty to Count ONE(1) of the Indictment on 5/5/06.

Accordingly, the defendant is adjudged guilty of such count, involving the following offense:

| Title and Section | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC 2252 (a)(4)(B) (2002) | **POSSESSION OF CHILD PORNOGRAPHY** | DECEMBER 2002 | ONE (1) |

As pronounced on 7/14/06, the defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this the __21st__ day of __July__, 2006.

The Honorable Judge Royce C. Lamberth

Defendant's Soc. Sec. No.:
Defendant's Date of Birth:
Defendant's USM No.:
Defendant's Residence and Mailing Address:



Defendant: JAMES RUSSEL WOODGATE
Case Number: 06-83
Judgment - Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWELVE (12) MONTHS AND ONE (1) DAY.**

The Court makes the following recommendations to the Bureau of Prisons:

**(1) PLACEMENT AT THE PETERSBURG, VA. FEDERAL FACILITY.**

**(2) CONSIDERATION FOR EMERGENCY FURLOUGH DUE TO POSSIBLE HEALTH PROBLEMS OF DEFENDANT'S MOTHER (WHICH THE COURT WOULD APPROVE).**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

**DEFENDANT TO SELF- SURRENDER IN SIX (6) WEEKS.**

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____
    Deputy Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **FIVE (5) YEARS**.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. The defendant shall report in person to the Probation Office in the district to which the defendant is released as soon as possible, but in no event later than 72 hours of release from the custody of the Bureau of Prisons.

If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

## STANDARD CONDITIONS OF SUPERVISION

1. You will not leave the judicial district without permission of the Court or probation officer.
2. You will report to the probation officer and submit a truthful and complete written report within the first five days of each month.
3. You will answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. You will support your dependents and meet other family responsibilities, to include complying with any court order or order of administrative process requiring the payment of child support.
5. You will work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. You will notify the probation officer at least ten days prior to any change of residence or employment.
7. You will not frequent places where controlled substances are illegally sold, or administered; you shall refrain from excessive use of alcohol and will not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to such substances, except as prescribed by a physician.
8. You will not associate with any persons engaged in criminal activity, and will not associate with any person convicted of a crime unless granted permission to do so by the probation officer.
9. You will permit a probation officer to visit at any time at your home, employment or elsewhere and will permit confiscation of any contraband observed in plain view by the probation officer.
10. You will notify the probation officer within seventy-two hours of being arrested, questioned, or upon having any contact with a law enforcement officer.
11. You will not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.
12. As directed by the probation officer, you will notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm your compliance with such notification requirements.
13. you will not possess a firearm, destructive device, or other dangerous weapon.

## ADDITIONAL CONDITIONS:

**DNA SAMPLE REQUIREMENTS** - PURSUANT TO 42 USC, SECTION 14135a, FOR ALL FELONY OFFENSES. THE DEFENDANT SHALL SUBMIT TO THE COLLECTION AND USE OF DNA IDENTIFICATION INFORMATION WHILE INCARCERATED OR AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

**FINE OBLIGATION** - THE DEFENDANT SHALL PAY THE BALANCE OF THE FINE AT A RATE OF NO LESS THAN $300 EACH MONTH AND PROVIDE VERIFICATION OF PAYMENTS TO THE PROBATION OFFICE.

**FINANCIAL RESTRICTIONS** - THE DEFENDANT SHALL BE PROHIBITED FROM INCURRING NEW CREDIT CHARGES, OPENING ADDITIONAL LINES OF CREDIT, OR NEGOTIATING OR CONSUMMATING ANY FINANCIAL CONTRACTS WITHOUT THE APPROVAL OF THE PROBATION OFFICE UNTIL THE FINE HAS BEEN PAID.

**FINANCIAL DISCLOSURE** - THE DEFENDANT SHALL PROVIDE THE PROBATION OFFICE WITH HIS INCOME TAX RETURNS, AUTHORIZATION FOR RELEASE OF CREDIT INFORMATION, AND ANY OTHER BUSINESS OR FINANCIAL INFORMATION IN WHICH HE HAS A CONTROL OR INTEREST UNTIL THE FINE HAS BEEN PAID.

**SEX OFFENDER TREATMENT**- THE DEFENDANT SHALL COOPERATIVELY PARTICIPATE IN A MENTAL HEALTH PROGRAM SPECIFICALLY RELATED TO SEXUAL OFFENDER THERAPY, AS APPROVED BY THE PROBATION OFFICE. THE DEFENDANT SHALL ABIDE BY ALL PROGRAMS RULES, REQUIREMENTS AND CONDITIONS, WHICH MAY INCLUDE, BUT NOT LIMITED TO, SUBMISSION TO PERIODIC AND RANDOM POLYGRAPH TESTING, PLETHYSMOGRAPH EXAMINATION, AND ABEL ASSESSMENT, AS DIRECTED BY THE PROBATION OFFICE.

**COMPUTER/INTERNET ACCESS RESTRICTION** - THE DEFENDANT SHALL NOT POSSESS OR USE A COMPUTER THAT HAS ACCESS TO ANY "ON-LINE COMPUTER SERVICE" AT ANY LOCATION, INCLUDING HIS PLACE OF EMPLOYMENT, WITHOUT THE PRIOR WRITTEN APPROVAL OF THE PROBATION OFFICE. "ON-LINE COMPUTER

Defendant: JAMES RUSSEL WOODGATE
Case Number: 06-83
Judgment - Page 4 of 4

SERVICE INCLUDES, BUT IN NOT LIMITED TO, ANY INTERNET SERVICE PROVIDER, BULLETIN BOARD SYSTEM, OR ANY PUBLIC OR PRIVATE COMPUTER NETWORK.

**CONTACT RESTRICTION** - THE DEFENDANT SHALL HAVE NO DIRECT , OR INDIRECT CONTACT WITH CHILDREN, AGES 18 OR YOUNGER, AND SHALL REFRAIN FROM LOITERING IN ANY PLACE WHERE CHILDREN CONGREGATE, INCLUDING BUT NOT LIMITED TO RESIDENCES, ARCADES, PARKS PLAYGROUNDS AND SCHOOLS. HE SHALL NOR RESIDE WITH A CHILD OR CHILDREN UNDER THE AGE OF 18 WITHOUT THE EXPRESSED AND WRITTEN APPRO VAL OF THE MINOR'S LEGAL GUARDIAN AND THE WRITTEN PERMISSION OF THE COURT.

**EMPLOYMENT RESTRICTION** - THE DEFENDANT SHALL NOT BE EMPLOYED IN ANY CAPACITY OR PARTICIPATE IN ANY VOLUNTEER ACTIVITY THAT INVOLVES CONTACT WITH MINORS UNDER THE AGE OF 18, EXCEPT UNDER CIRCUMSTANCES APPROVED IN ADVANCE AND IN WRITING BY THE COURT.

**SEX OFFENDER REGISTRATION** - THE DEFENDANT SHALL COMPLY WITH THE SEX OFFENDER REGISTRATION REQUIREMENTS FOR CONVICTED SEX OFFENDERS IN ANY STATE OR JURISDICTION WHERE HE RESIDES, IS EMPLOYED, CARRIES ON A VOCATION, OR IS A STUDENT.

**THE COURT FINDS** THAT THE PROVISION FOR SUBMISSION OF PERIODIC DRUG TEST, AS REQUIRED UNDER 18 USC 3563(a) AND 3583(b), IS SUSPENDED, AS THE DEFENDANT IS BELIEVED TO POSE A LOW RISK OF FUTURE SUBSTANCE ABUSE.

THE PROBATION OFFICE SHALL RELEASE THE PRESENTENCE INVESTIGATION REPORT TO ALL APPROPRIATE AGENCIES IN ORDER TO EXECUTE THE SENTENCE OF THE COURT. TREATMENT AGENCIES SHALL RETURN THE PRESENTENCE REPORT TO THE PROBATION OFFICE UPON THE COMPLETION OR TERMINATION FROM TREATMENT.

**NOTICE OF APPEAL** - THE DEFENDANT HAS THE RIGHT TO APPEAL THE SENTENCE IMPOSED BY THIS COURT. IF THE DEFENDANT CHOOSES TO APPEAL, THE DEFENDANT MUST DO SO WITHIN 10 DAYS AFTER THE COURT HAS ENTERED JUDGEMENT IN THIS CASE. IF THE DEFENDANT IS UNABLE TO AFFORD THE COST OF AN APPEAL, THE DEFENDANT MAY REQUEST PERMISSION FROM THE COURT TO FILE AN APPEAL **IN FORMA PAUPERIS** - THAT IS, WITHOUT ANY COST TO HIM.

Defendant: JAMES RUSSEL WOODGATE
Case Number: 06-83

Judgment - Page 5 of 4

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties; payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine; (4) cost of prosecution; (5) interest; (6) penalties.

| ASSESSMENT | RESTITUTION | FINE |
|---|---|---|
| $100.00 | $0.00 | $6,000.00 |

### ASSESSMENT

It is ordered that the defendant shall pay to the United States a special assessment of $100.00 for Count ONE (1), which shall be due immediately.

### FINE

The defendant shall pay a fine in the total amount of $6000. The interest requirement for the fine is waived by the Court.

(SEE SPECIAL CONDITIONS OF SUPERVISED RELEASE.)

If the fine and/or restitution is not paid, the Court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614. Pursuant to 18 U.S.C. §§ 3572(d)(3) and 3664(k), the defendant shall notify the Court and the Attorney General of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution. As set out in 18 U.S.C. § 3664(n), if the defendant receives substantial resources from any source, including inheritance, settlement, or other judgment, during the period of incarceration, the defendant shall apply the value of such resources to any restitution or fine still owed.

All criminal monetary penalty payments are to be made to the United States District Court Clerk, 333 Constitution Ave., N.W. Rm. 1825, Washington, D.C. 20001, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.