HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 1 5 2006

ORDER TO SURRENDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Woodgates, James Russell          Docket No.: CR-06-0083

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Woodgates, James Russell  having been sentenced, on July 14, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to  FCI Butner Low , in  Butner, NC  by 2 p.m., on  September 13, 2006  .

8/15/06
7/14/06
_____              _____
Date                              ROYCE C. LAMBERTH
                                  UNITED STATES DISTRICT JUDGE


**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____              _____
ATTORNEY/U.S. PROBATION OFFICER          DEFENDANT

Revised 6-2004

